December 22, 1978

400 A.2d 602

Abel v. Abel, Appellant.

Argued December 5, 1978.  S. David Fineman, for appellant;  Gary Kleitman, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.